# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2354

_____

Christopher Proffit,                           *
                                               *
            Appellant,                      *
                                               *
                                               *   Appeal from the United States
     v.                                  *   District Court for the Eastern
                                               *   District of Missouri.
Larry Rowley, Acting Superintendent            *
of NECC; Douglas Prudden, ASOM;                *        [UNPUBLISHED]
Stacy Hinch, Correctional Officer II,          *
NECC; Mary Riorden, Assistant                  *
Superintendent, NECC; Unknown                  *
Keffier, Caseworker Assistant Housing          *
Seven, NECC; Unknown Keiffer,                   *
Functional Unit Manager, Housing Unit          *
#1; B. Board, C.O.I. #42350,                    *
                                               *
            Appellees.                      *

_____

Submitted: July 19, 2002

Filed: August 22, 2002

_____

Before MORRIS SHEPPARD ARNOLD, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Christopher Proffit appeals the district court's pre-service dismissal of his 42 U.S.C. § 1983 action as frivolous under 28 U.S.C. § 1915(e)(2)(B). Mr. Proffit seeks leave to proceed without prepayment of fees, the district court having certified that his appeal was not taken in good faith. We grant Mr. Proffit leave to appeal in forma pauperis and leave to the district court the details of calculating the initial partial appellate filing fee, and the collection of the balance of the $105 appellate filing fee. See Henderson v. Norris, 129 F.3d 481, 484-85 (8th Cir. 1997).

Further, we affirm the dismissal of all of Mr. Proffit's claims except for his allegations that defendants retaliated against him in various specified ways in connection with his lawsuit against prison officials. On remand, Mr. Proffit should be directed to amend his complaint to identify: (1) each person he is naming as a defendant; and (2) what retaliatory act each defendant took against him.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.